# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DIRECT CONNECT COMMUNICATIONS, INC., an Arizona corporation,<br><br>Plaintiff,<br><br>v.<br><br>DIRECT CONNECT, L.L.C., an Arizona limited liability company, SCOTT BRODY and MRS. SCOTT BRODY, husband and wife, MOE ROBBINS and MRS. MOE ROBBINS, husband and wife, RYAN EXSTROM and MRS. RYAN EXSTROM, husband and wife, BUSINESS INTELLIGENT SOLUTIONS, L.L.C, an Arizona limited liability company, d/b/a Marketing Biz and/or B Tell Solutions, MONEY BY WEB, L.L.C., a Foreign limited liability company, and DEREK L. and MARTHA S. WHITFIELD, husband and wife,<br><br>Defendants. | CASE NO. CV11-0068-PHX-LO<br><br>PERMANENT INJUNCTION AS TO DEFENDANT MONEY BY WEB, L.L.C<br><br>(Assigned to the Honorable Liam O'Grady) |

Based upon the parties' Stipulation having been entered, and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Enjoining Defendant Money by Web, L.L.C., their agents, servants, employees, attorneys and those persons in active concert or participation with them from:

    a. using any mark or trade name that is confusingly similar to "Direct Connect Communications".

    b. any use of the Internet websites and domain names containing "Direct Connect Communications".

2. The other claims in the Complaint against Defendant Money by Web, L.L.C. only, are dismissed with prejudice.

3. Each side to bear their own attorneys' fees and costs. The dismissal is not applicable to any violations of this Stipulation and Order.

4. Pursuant to Rule 54(b) there exist no good reason for this matter not to be entered forthwith and the Clerk of the Court is directed to enter this judgment forthwith.

So ordered: April 16, 2011      /s/ _____
                                         Liam O'Grady
                                         United States District Judge